■ COUNTY OF ONONDAGA et al., Appellants, v STATE OF NEW YORK, Respondent. (Claim No. 70321.)

Present—Dillon, P. J., Denman, Green, Pine and Balio, JJ.